# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN



GROVER SELLERS

ATTORNEY GENERAL

2 - 8 - 44

Hon. Joe Beaty
County Auditor
Stephens County
Breckenridge, Texas

Dear Sir:

Opinion No. O-5741

Re: Payment by Stephens County
of federal excise tax on
tires and tubes.

In our recent correspondence you have inquired
whether Stephens County is obligated to pay the federal ex-
cise tax on certain tires and tubes purchased for the use
of the County. One of your letters reveals that your local
Firestone store has submitted a bill for $91.82 for certain
tires and tubes and for $7.22 for the taxes on these tires
and tubes.

The tax in question is set forth in 26 U.S.C.A.
§ 3400 as follows:

"(a) Tax. There shall be imposed upon
the following articles sold by the manufacturer,
producer, or importer, a tax at the following
rates:

"(1) Tires wholly or in part of rubber,
5 cents a pound on total weight (exclusive of
metal rims or rim bases), to be determined
under regulations prescribed by the Commission-
er with the approval of the Secretary.

"(2) Inner tubes (for tires) wholly or
in part of rubber, 9 cents a pound on total
weight, to be determined under regulations pre-
scribed by the Commissioner with the approval
of the Secretary."

26 U.S.C.A. | 3442 provides in part as follows:

"Under regulations prescribed by the Commissioner with the approval of the Secretary, no tax under this chapter shall be imposed with respect to the sale of any article - - -

". . . .

"(3) for the exclusive use of the United States, any State, Territory of the United States, or any political subdivision of the foregoing, or the District of Columbia. . . . "

It will be noticed that the tax in question is imposed upon sales made by a manufacturer, producer or importer and that sales for the exclusive use of a political subdivision such as Stephens County are expressly exempted from the tax. Moreover, certain provisions in 26 U.S.C.A. | 3443 provide a means whereby a manufacturer or producer may obtain a credit or refund if it has paid the tax on any tires or tubes which are subsequently resold for the exclusive use of a political subdivision such as Stephens County.

Consequently, you are respectfully advised that your County is not legally obligated to pay the tax in question. Notice, however, that under the provisions of 26 U.S.C.A. | |3442, 3443, supra, the exemption from this tax and any credits or refunds for such tax must be claimed in the manner prescribed by the regulations of the Commissioner of Internal Revenue. We suggest that you consult these regulations to learn the proper method of claiming your exemption.

Trusting that the foregoing answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  /s/  R. Dean Moorhead
Assistant

RDM:ff:bb

APPROVED FEB. 8, 1944
/s/ Grover Sellers
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
By-B.W.B.,Chairman